UNITED STATES of America, Plaintiff-Appellee,

v.

SIGMA INTERNATIONAL, INC., d.b.a. Sigma U.S.A., Inc.;  Charles Sternisha, et al., Defendants-Appellants.

No. 97-2618.

United States Court of Appeals,

Eleventh Circuit.

May 24, 2001.

Appeals from the United States District Court for the Middle District of Florida (No. 95-00089-CR-T-24C); Susan C. Bucklew, Judge.

Before TJOFLAT, BIRCH and BRIGHT[*], Circuit Judges.

PER CURIAM:

In light of our opinion on rehearing in *United States v. Sigma,* 244 F.3d 841 (11th Cir.2001), the

panel's prior opinion, *United States v. Sigma,* 196 F.3d 1314 (11th Cir.1999), is hereby VACATED.

---

[*]Honorable Myron H. Bright, U.S. Circuit Judge for the Eighth Circuit, sitting by designation.